No. —, Original. *Ex parte:* IN THE MATTER OF THOMAS WELSH, PETITIONER. Submitted October 5, 1920. De-

cided October 11, 1920. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Martin Conboy* for petitioner.